1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Petitioner
   JOVAN'Z SMITH

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 JOVAN'Z SMITH,                    )
                                     )    No. 2:11-cv-3312-GGH P
12            Petitioner,            )
                                     )    **REQUEST FOR SUBSTITUTION OF COUNSEL;**
13       v.                          )    **ORDER**
                                     )
14 KEN CLARK,                        )
                                     )
15            Respondent.            )
                                     )
16 _____  )

17       Petitioner, JOVAN'Z SMITH, hereby moves this Court for an order

18 substituting ERIC WEAVER, Attorney at Law, P.O. Box 6294, Albany, CA 94706,

19 telephone (510) 524-2355; as counsel for the Petitioner in the above-

20 entitled case.  The Federal Defender's Office has determined that it is

21 currently unable to continue its representation of Petitioner.  Mr. Weaver

22 has agreed to represent the Petitioner.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Mr. Weaver is aware of any deadlines in this case.  The undersigned is authorized to sign this substitution motion on his behalf.

Dated: January 10, 2012                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           */s/ David M. Porter*
                                           DAVID M. PORTER
                                           Assistant Federal Defender
                                           Attorneys for Petitioner
                                           JOVAN'Z SMITH

Dated: January 10, 2012                    */s/ Eric Weaver*
                                           ERIC WEAVER

## O R D E R

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Eric Weaver, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: January 11, 2012

                                  /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

smit3312.sub

2