DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
JOVAN'Z SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVAN'Z SMITH, | No. 2:11-cv-3312-GGH P |
| Petitioner, | |
| v. | **REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER** |
| KEN CLARK, | |
| Respondent. | |

Petitioner, JOVAN'Z SMITH, hereby moves this Court for an order substituting ERIC WEAVER, Attorney at Law, P.O. Box 6294, Albany, CA 94706, telephone (510) 524-2355; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner. Mr. Weaver has agreed to represent the Petitioner.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Weaver is aware of any deadlines in this case.  The undersigned is authorized to sign this substitution motion on his behalf.

Dated: January 10, 2012				Respectfully submitted,

						DANIEL J. BRODERICK
						Federal Defender

						*/s/ David M. Porter*
						DAVID M. PORTER
						Assistant Federal Defender
						Attorneys for Petitioner
						JOVAN'Z SMITH

Dated: January 10, 2012				*/s/ Eric Weaver*
						ERIC WEAVER

### **O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Eric Weaver, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: January 11, 2012

						/s/ Gregory G. Hollows
						UNITED STATES MAGISTRATE JUDGE

smit3312.sub

2