IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOVAN'Z SMITH,

    Petitioner,                    No. CIV S-11-3312 GGH P

    vs.

KEN CLARK, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The briefing indicates that respondent would lodge the record with the court. (ECF No. 17, n.3.) Petitioner cites to video tapes ("DVD's") and a redacted transcript in the record. (<u>See</u> <u>Id.</u> at nn.5 & 6.) Those DVD's and the transcript relate to the interrogation at issue in this action. They have not been lodged with the Court. Therefore, respondent is directed to file them within five (5) days.

/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that within five (5) days of this order, respondent will file the DVD's and corresponding transcripts relating to the interrogation at issue in this action.

Dated: June 19, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: 33
smit3312.ord.file